Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: Kamariad@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE MONTES DE OCA,<br><br>　　　Plaintiff<br><br>　vs.<br><br>ANDREW SAUL,<br><br>Commissioner of Social Security<br><br>　　　Defendant(s). | CASE No.: 2:20-CV-07196-ADS<br><br>[~~PROPOSED~~] **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

　　　The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of TWO-THOUSAND-SIX HUNDRED DOLLARS AND NO CENTS ($2,600.00).

DATE:　June 1, 2021

　　　　　　　　　　　　　　　　　　　　_/s/ Autumn D. Spaeth_
　　　　　　　　　　　　　　　　　　HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE